**Order entered January 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01099-CV**

**GWENDOLYN GABRIEL, Appellant**

**V.**

**MERRY OUTLAW, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17712**

**ORDER**

Before the Court is court reporter Lanetta Williams's January 19, 2021 request for extension of time to file the reporter's record. In light of the Court's opinion of this date, we **DENY** the motion as moot.

/s/    KEN MOLBERG
        JUSTICE